1046

[No. 18351–6–I.   Division One.   July 8, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
ALEXANDER CROSS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85–1–01935–7, Donald D. Haley, J., entered April 17, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 18387–7–I.   Division One.   July 8, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
NYAL FORREST BENNETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85–1–03145–4, Frank H. Roberts, Jr., J., entered April 1, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 18576–4–I.   Division One.   July 8, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
RICCI RENON BIBBS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86–1–00443–9, Charles V. Johnson, J., entered June 2, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 18732–5–I.   Division One.   July 8, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
ANTHONY QUENTON JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86–1–01028–5, Lloyd W. Bever, J., entered June 30, 1986. *Dismissed* by unpublished per curiam opinion.